INHABITANTS OF STARKS *versus* INHABITANTS OF NEW PORT-
LAND.

In an action for supplies furnished to a pauper, who is proved to have once
had his settlement in the defendant town, the burthen is on that town to
prove a subsequent settlement gained elsewhere.

THIS was an action of ASSUMPSIT to recover for supplies
furnished, in 1856, by the overseers of the poor in Starks, to
Stimson Paine, a pauper, alleged to have a settlement in New
Portland.

The evidence was, that the pauper was born in New Port-
land in 1819, and resided in his father's family, in that town,
until March 15, 1846; that, at the latter date, he, with his
father, removed to Starks; and that he continued to reside
in his father's family for some time afterwards.   There was
conflicting testimony as to whether the pauper broke up his
residence in Starks, before the lapse of five years from his
removal to that town.

The Court instructed the jury that, if satisfied that Paine
once had a legal settlement in New Portland, the burthen was
upon the defendant town to prove a continued residence of
five years in Starks, without assistance as a pauper; other-
wise the plaintiffs were entitled to recover.

Some other points were raised in the case, but they were
unimportant.

The verdict was for the plaintiffs.   The defendants ex-
cepted.

*J. H. Webster*, in support of the exceptions, cited 1 Starkie
on Ev., 55; 2 Ib., 688; *Martin* v. *Fishing Ins. Co.*, 20 Pick.,
389; *Sawyer* v. *Knowles*, 33 Maine, 208; *Brewer* v. *Linneus*,
36 Maine, 428; *Warren* v. *Thomaston*, 43 Maine, 406; *Wayne*
v. *Greene*, 21 Maine, 357; *Powers* v. *Russell*, 13 Pick., 69;
*Ross* v. *Gould*, 5 Maine, 204; *Wilmington* v. *Burlington*, 4
Pick., 174; *Gilmore* v. *Wilbur*, 18 Pick., 517; *Lane* v. *Cro-
bie*, 12 Pick., 177; *Robinson* v. *White*, 42 Maine, 209.

*J. S. Abbott, contra.*

The decision of the Court was announced by

GOODENOW, J.—*Exceptions overruled; Judgment on the verdict.*